IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARGARET G., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br> Case No. 2:23-CV-169 TS-JCB <br><br> District Judge Ted Stewart |

Plaintiff filed her Complaint on March 8, 2023. This matter was subsequently referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge issued a Report and Recommendation on October 12, 2023. This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that the Commissioner's decision be reversed and remanded for the sole purpose of allowing the ALJ to consider whether the jobs of final assembler and nut sorter provide work that exists in significant numbers in the national economy that Plaintiff can perform. Pursuant to 28 U.S.C. § 636(b), a party has 14 days after being served with a copy of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the materials in the file and the Report and Recommendation. It is therefore

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 16) is ADOPTED IN FULL. It is further

ORDERED that the Commissioner's decision is reversed and remanded.

DATED this 7th day of November, 2023.

BY THE COURT:

_____
Ted Stewart
United States District Judge